Civil Action No. 07-cv-02680-BNB

ROBERT K. ADAMS,

    Plaintiff,

v.

SARA REVELL, Warden,
MS. MADINA, Associate Warden,
D. JONES, Associate Warden,
MR. HARMON, Captain,
MS. WILNER, Unit Manager,
MR. UNWIN, Correctional Counselor,
MR. VIGIL, SHU Lieutenant,
MR. ESTRADA, SHU Lieutenant,
E. REMERO, SHU Property Officer,
MR. CHAVEZ, Special Investigative Agent,
MR. MCKINNEY, Operations Lieutenant,
MR. ORR, Education Teacher,
MR. GEORGE, Educational Teacher,
MS. FOSTER, Education Teacher,
MR. GROSSMAN, Educational Teacher,
MR. BELLITONIS, Education Supervisor,
MR. ROBINSON, Education Teacher,
MS. LIVINGOOD, Food Service Administrator,
MS. MICK, Shift Supervisor "Foodservice [sic]"
MR. D. GUTIERREZ, Correctional Officer,
MR. VIGIL, Case Manager,
S. HANSON, Correctional Counselor, and
MRS. DALEY, Disciplinary Hearing Officer,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 07 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff, Robert K. Adams, initiated this action by submitting *pro se* a pleading titled "Civil Action Complaint." The Court reviewed the complaint and determined it was

deficient. Therefore, in an order filed on December 26, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Adams to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

The December 26, 2007, order pointed out that Mr. Adams failed either to pay the $350.00 filing fee or to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order also pointed out that Mr. Adams failed to submit a Prisoner Complaint on the proper, Court-approved form and to submit sufficient copies for service. The order warned Mr. Adams that if he failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice. On January 14, 2008, the December 26 order was returned to the Court in an envelope stamped "Refused" and "Returned to Sender." Mr. Adams has failed within the time allowed to cure the deficiencies listed in the December 26 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the pleading titled "Civil Action Complaint" and the action are dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 7 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02680-BNB

Robert K. Adams
Reg. No. 17493-074
USP - Florence
PO Box 7000
Florence, CO 81226

  I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  2/7/08

           GREGORY C. LANGHAM, CLERK

         By: _____Angela_____
             Deputy Clerk